

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| EMO TRANS, INC., | § | No. 08-20-00200-CV |
| Appellant, | § | Appeal from the |
| v. | § | 41st District Court |
| INMOBILIARIA AXIAL, S.A. DE C.V., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2019DCV3980) |
| | § | |

**O R D E R**

The Court GRANTS the Appellee's motion to vacate the submission and oral argument setting currently set for April 22, 2021. Accordingly, the above styled and numbered cause will be rescheduled for submission and oral argument on a later date.

IT IS SO ORDERED this 26th day of February, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.